THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRANCE L. SMITH, :
:
    Petitioner :
v. : 3:19-CV-00346
: (JUDGE MARIANI)
WARDEN CATRICIA HOWARD, :
:
    Respondent :

## ORDER

**AND NOW, THIS 18TH DAY OF DECEMBER, 2020,** upon review of Magistrate Judge Arbuckle's Report and Recommendation ("R&R") (Doc. 17) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 17) is **ADOPTED** for the reasons set forth therein.

2. Petitioner Terrance Smith's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 is **DISMISSED AS MOOT**.

3. The Clerk of Court is directed to **CLOSE** this case.

                                                                              Robert D. Mariani
                                                                              United States District Judge